**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 00-cr-000463-DBS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JACK L. CHRISMAN,

    Defendant.

---

## MODIFICATION ORDER

---

    THIS MATTER was before the Court on December 15, 2005, for a supervised release violation hearing upon report of the probation officer that the defendant violated the terms and conditions of supervised release. The defendant admitted to allegations 1, 2, 3, 4, and 7, of the probation officer's petition dated November 7, 2005. Based on the Court's findings that the defendant violated his conditions of supervised release, it is

    ORDERED that the defendant's conditions of supervised release be modified to include the following special conditions: 1) Defendant shall reside in a Community Corrections Center for a period of up to 180 days, to commence at the direction of the probation officer. Defendant shall observe the rules of that facility. 2) Defendant shall participate in a program of alcohol testing and treatment, until such time the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the court of treatment. The defendant will be required to pay the cost of treatment as directed by the probation officer. It is

    FURTHER ORDERED that all originally imposed special conditions and standard conditions remain in full force and effect.

    DATED at Denver, Colorado, this 28th day of December, 2005.

                       BY THE COURT:

                        s/ Daniel B. Sparr

                                    DANIEL B. SPARR
                         Senior United States District Judge