**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 00-cr-00463-DBS-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JACK L. CHRISMAN,

        Defendant.

---

**ORDER REINSTATING SUPERVISED RELEASE AND
VACATING SENTENCING HEARING**

---

      THIS MATTER is before the Court on the recommendation to reinstate the defendant's term of supervised release and to vacate the sentencing hearing on October 19, 2006, at 2:30 p.m.  Upon further review, the Court

      ORDERS that the sentencing hearing scheduled for October 19, 2006, be vacated.  It is

      FURTHER ORDERED that the defendant's term of supervised release be reinstated and the terms and conditions previously imposed shall remain in full force and effect.

      DATED at Denver, Colorado, this 23rd day of October, 2006.

                              BY THE COURT:

                              s/ Daniel B. Sparr
                              _____
                              Daniel B. Sparr
                              Senior United States District Judge