IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00463-DBS-01

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

JACK L. CHRISMAN,

   Defendant.

---

### ORDER VACATING SUMMONS

---

  This matter comes to the attention of the Court upon report of the probation officer, that Defendant has been convicted of new charges in U.S. District Court Case No. 08-cr-00257-JLK-01. Based on this fact, it is

  ORDERED that the petition for issuance of a summons due to violation of supervised release, dated April 15, 2008, is hereby dismissed.

  DATED at Denver, Colorado, this 18 day of September, 2008.

      BY THE COURT:

      _[signature]_
      RICHARD P. MATSCH
      Senior District Judge